

14665 State Road 78
PO Box 256
Argyle, Wi 53504
Phone: 608-543-3318
Fax: 608-543-3868
www.argyle.k12.wi.us

November 7, 2022

RE:   Jordan Cernek - Letter of Expectation

Dear Mr. Cernek,

We have had several conversations regarding the use of preferred names with your students. As I indicated to you on Friday, November 4, 2022, my communication with directives would be in written form. I also asked that any response from you would be in written form as well.

Students and their families have reported several concerns. There have been reports that you have continued to use the wrong names for transgender students. As a short-term solution while I continued to consider the issue, you agreed not to use any name when referring to transgender students. However, it is now clear that this solution is not going to work. We have addressed the concern you expressed during in-service on August 25, 2002 with regards to parent knowledge of preferred names. Your recent conversation with one of our parents should be an indication that there is knowledge of the request for use of preferred names.

The District is going to continue to have transgender students. Failing to comply with my directive regarding using the proper names for transgender students opens the District up for potential liability under state and federal sex discrimination laws. A student that believes they are being harassed by you based on their gender identity might also bring an internal Title IX complaint against the District naming you as the respondent. The District wants to avoid this situation from reaching those levels.

Therefore, effective as of today, I am unequivocally directing you to do three things:

1. Refer to students by the name consistent with their gender identity when instructed to do so by the District.
2. Your substitute teacher class lists and seating charts will reflect the students' names that are consistent with their gender identity.
3. Comply will all lawful directives from the District's administration.

Refusal to comply with my lawful directives constitutes insubordination and will not be tolerated. Failure to adhere to these directives in the future will result in disciplinary actions up to or including termination.

If you have questions about this letter, please let me know.

Sincerely,

*Mike Beranek*

Mike Beranek
District Administrator

Cc   Personnel File

*The School District of Argyle does not discriminate on the basis of race, sex, color, age, religion, national origin, ancestry, creed, pregnancy, marital or parental status, sexual orientation, or physical, mental, emotional or learning disability.

Exhibit A