November 8, 2022

Dear Mr. Beranek,

I appreciate your communication and professionalism in handling this situation. To bear the load of both sides of any disagreement is not a simple task and requires patience and wisdom.

Some may say the situation at hand is difficult to navigate. On some level, I suppose it may be: legal matters are certainly above my pay grade. On another level, however, it is quite simple: each person is born a male or a female. There is no deviation from this reality. Each person is given a name that identifies that individual as unique and valuable. We assign meaningful names to people – even animals and important objects. Names communicate value and worth.

That being said, I am under threat of "disciplinary actions up to or including termination" because I believe that each person is male or female and ought to be identified by their given names – names which develop that person's identity from birth. However, it was communicated in the letter that I "have continued to use the *wrong* names for transgender students" (emphasis mine). This cannot be the case, since the name I call each student is legally and objectively his or her own name from birth. Therefore, I would argue that I am calling students by their *right* names.

Consequently, I am acting and have acted under my Constitutional and God-given rights throughout this situation. Are there times when my communication has lacked in this situation? Certainly. Are there instances when I have been wrong in my life? Of course – and I will sometimes be wrong in the future as well. But this situation is not one of those times. ==I have only acted according to the rule of my conscience, which is governed and held accountable to God, the one to whom all creatures owe their allegiance. It is before God alone that we must all stand to be judged someday. It is he and he alone who initiates biological sex; human identity, value, and worth; and all truth. If my religious beliefs and personal liberty place me at odds with the School District of Argyle or even the United States Department of Education, then so be it.==

Finally, I would like to state that I have not changed course since I began working here. I do not wish to be blamed for being a disturbance or for any loss or damages to the school (should they occur) when I have changed nothing about my manner of calling students their names since I began teaching here. The recent Title IX revisions are under considerable scrutiny nationwide and are labeled unconstitutional by many as numerous, recent legal battles have demonstrated.

To be clear, I cannot and will not comply with the directives as outlined in the letter I received yesterday. Due to the unreasonable time constraint I was placed under to reply, I was unable to gain legal help before 4 P.M. today. Thus, I am requesting more time to contact a lawyer for help in this matter before future communications are made. I understand this request may be denied.

Sincerely,

Jordan R. Cernek

Exhibit B