PRELIMINARY NOTICE OF CONSIDERING NONRENEWAL OF A TEACHER'S CONTRACT

TO:   Mr. Jordan Cernek

You are hereby notified that the School Board of the School District of Argyle, by a majority vote of the full membership of the Board at a legally held meeting, has determined to consider nonrenewing your teaching contract for the 2023-2024 school year. The reason for considering this possible nonrenewal is that the School Board has been advised that ==your performance has been less than satisfactory.== The administration, therefore, has asked the Board to consider nonrenewing your teaching contract.

If you file a request with the School Board within five (5) days of receiving this notice, you have the right to meet with the School Board in a private conference prior to the Board's final decision on whether to nonrenew your teaching contract. This private conference will be held on Thursday, May 11, 2023, at 6:15 p.m. in the High School Library, unless you advise us when requesting the conference that you are reasonably unavailable on said date at said time. In such event, the conference will be rescheduled for a date and time available to you and the Board. You may be represented at the conference by a representative of your own choosing.

Filing a request with the District Administrator or any member of the School Board will be considered by us to be service upon the entire Board.

This notice is made and given by order and direction of the School Board of the School District of Argyle.

Dated this 13th day of April 2023.

BY: _Mike Beromel_ (signature)
School District Clerk or District Administrator



According to what standards?



Exhibit C