**Speech 1 (shorter)**

My name is Jordan Cernek. This is my second year at Argyle, and my eleventh year in education overall. Before I am a teacher, however, I am an ambassador of the true King, Jesus Christ.

First, I want to define my situation. At our in-service in August, the staff was given the directive to call students their preferred names and to use their preferred pronouns, citing Title IX changes as the rationale. In September, I had a discussion with two students and one parent about my non-compliance with two students' requests to be called by different names. In November, I was issued a letter stating that disciplinary action would ensue if I did not comply with calling students the names that coincided with their gender identity. Simply not calling students by their given names was not working, I was informed. In April I received a non-renewal notice stating my "performance has been less than satisfactory."

My immediate goal is simple: to proclaim the truth to a deceived world.

Throughout the U.S., students are showing increased signs of anxiety, fear, and attempted suicide. The solution is complex, but it starts with rebuilding a foundation of morality and truth on which to build our lives. Our kids need stability and security, and that comes from unchanging truths that have existed since the beginning of time. A kid can go outside and know he won't tip over because gravity is a real thing. There's a lot of fear and worry today because kids are unsure of what is true anymore.

Furthermore, I am committed to Truth and Reason which both teach and affirm only two sexes: male and female. There is no room for deviation. Our Creator made the world that way. He made each of us with worth, value, and dignity. To play along with the farce of gender identity like many adults are doing today is to lessen the dignity of each person. God didn't make any mistakes, and to say he did is confusing, lying, and undignifying. I desire that those I disagree with would stop seeking happiness and peace in their sexual identity and instead find hope and security in Jesus, the One who created them distinctly male and female, made for a relationship with him.

What this school is doing to me stands against reason, ethics, and my very job description as an English Language Arts teacher: it's like demanding a math teacher not teach 2+2=4 because some people don't feel that way.

Moreover, as an American citizen, you have violated my right to free speech. Free speech guarantees us the right to not be forced to say anything we don't believe. Every school day, multiple students refuse to say the pledge and we allow that, but somehow my situation is different.

I'm sure most of you are afraid of losing federal funding if you support free speech and go against popular trends. Let me remind you: entire states have passed and are passing legislation protecting free speech for teachers and students. Have they lost federal funding? Of course not. The time to be bold is now, before more teachers lose their jobs due to this nonsense.

This problem isn't going away. The time to decide where this community stands – on truth or on lies - is now.

Thank you for giving me your attention tonight. May God have mercy on the community of Argyle.

