**MINUTES OF THE REGULAR SCHOOL BOARD MEETING OF THE SCHOOL DISTRICT OF ARGYLE, LAFAYETTE COUNTY, WISCONSIN**
**May 10, 2023**

I. President Isely called to order the Regular Meeting of the School District of Argyle, Lafayette County, Wisconsin at 6:00 p.m., in the Argyle High School Library located in the Township of Argyle, Lafayette County, Wisconsin.

II. President Isely called roll. The following Board Members answered roll: Michelle Godfrey, John Leigh, Jon Stoeger, Nicole Meinert, Kevin Slater, Derek Zimmerman and Heath Isely.         Members absent: None         Others present were Mike Beranek, District Administrator, Travis Erickson, K-12 Principal and Megan Leonard, Business Manager.

III. President Isely presented the Proper Notice of Verification, Certificate of Proof of Giving Notice, and Consent to the Holding of a Regular School Board Meeting to the Board.

IV. President Isely asked everyone to stand for the Pledge of Allegiance.

V. President Isely presented the Agenda for the May 10, 2023 Regular Meeting of the Board of Education. The motion was made by Jon Stoeger and seconded by John Leigh to approve an amended agenda. Upon a voice vote, President Isely declared the motion carried.

VI. Megan Leonard presented District Disbursements for the period of May 10, 2023, from Vouchers 72218 through 72277, May Insurance Wire Transfers, April 14, 2023 and April 28, 2023 payrolls for total disbursements of $180,446.82. Board Members were asked to review the District Receipts for the month of April, 2023. Following review and discussion, formal action takes place in the Action Agenda, Item "A".

   Student Activity Accounts and Monthly Financial Reports were presented to the Board.

   Cash Flow Variance Chart and Student Activity Accounts Monthly Report were presented.

VII. **Reorganization:**

   A. President Isely asked the Board to elect the School Board officials for 2023-2024 per ss. 120.05 (1), (c).

   Heath Isely was nominated for School Board President by John Leigh and Kevin slater seconded the nomination. The motion was made by John Leigh and seconded by Jon Stoeger to close nominations and elect Heath Isely as School Board President. Upon voice vote, President Isely declared the motion carried.

   Michelle Godfrey was nominated for School Board Vice-President by John Leigh and Nicole Meinert seconded the nomination. The motion was made by Kevin Slater and seconded by Jon Stoeger to close nominations and elect Michelle Godfrey as School Board Vice-President. Upon voice vote, President Isely declared the motion carried.

   Jon Stoeger was nominated for School Board Treasurer by John Leigh and Heath Isely seconded the nomination. The motion was made by Nicole Meinert and seconded by Kevin slater to close nominations and elect Jon Stoeger as School Board Treasurer. Upon voice vote, President Isely declared the motion carried.

   John Leigh was nominated for School Board Clerk by Jon Stoeger and Michelle Godfrey seconded the nomination. The motion was made by Michelle Godfrey and seconded by Nicole Meinert to close nominations and elect John Leigh School Board Clerk. Upon voice vote, President Isely declared the motion carried.

   Nicole Meinert, Kevin Slater, and Derek Zimmerman were nominated for School Board Directors. The motion was made by John Leigh and seconded by Jon Stoeger to elect Nicole Meinert, Kevin Slater, and Derek Zimmerman as School Board Directors. Upon voice vote, President Isely declared the motion carried.

   B. President Isely asked the Board to designate the second Wednesday of every month at 6:00 pm. at the Argyle High School Library to be the official regular meeting date, time, and location. The motion was made by Jon Stoeger and seconded by Kevin Slater. Upon a voice vote, President Isely declared the motion carried.

   C. President Isely recommended the following committee assignments for 2022-2023.

   Finance Committee (3 members).  Heath Isely, Michelle Godfrey, and Jon Stoeger

   Personnel Committee (3 members).  John Leigh, Nicole Meinert, and Jon Stoeger



*Minutes of Regular School Board Meeting May 10, 2023*

Building & Grounds Committee (3 members). John Leigh, Kevin Slater, and Derek Zimmerman

Curriculum Committee (3 members). Michelle Godfrey, Kevin Slater and Nicole Meinert

Scholarship Committee (2 members). Kevin Slater and Nicole Meinert

Wellness Committee (1 member). Michelle Godfrey

The motion was made by Kevin Slater and seconded by Derek Zimmerman to approve the committee recommendations by President Isely. Upon a voice vote, President Isely declared the motion carried.

D. President Isley asked the Board to designate official depositories for the school district for 2023-2024. The motion was made by John Leigh and seconded by Derek Zimmerman to designate First National Bank & Trust, Community First Bank, Wisconsin Bank & Trust, and Woodford State Bank as the official depositories for the Argyle School District. Upon a voice vote, President Isely declared the motion carried.

E. President Isely asked the Board to designate Argyle Post Office, First National Bank & Trust, and the Argyle Schools (school front entrance doors and office entrance doors) as the official posting sites for the School Board Meetings for 2023-2024. The motion was made by Michelle Godfrey and seconded by Jon Stoeger. Upon a voice vote, President Isely declared the motion carried.

F. President Isely asked the Board to designate official newspaper for the school district for 2023-2024 for designation press for meeting(s), board agenda, and agendas and releases. The motion was made by John Leigh and seconded by Kevin Slater to designate the Pecatonica Valley Leader as the official newspaper. Upon a voice vote, President Isely declared the motion carried.

G. President Isely asked the Board to appoint representatives to hand out diplomas. The motion was made by Nicole Meinert and seconded by Michelle Godfrey to have Jon Stoeger and John Leigh hand out diplomas. Upon a voice vote, President Isely declared the motion carried.

H. President Isely asked the Board to appoint a designee to represent the district at the CESA #3 Convention. The motion was made by Nicole Meinert and seconded by John Leigh to have Heath Isely as the designee to represent the district at the CESA #3 Convention for 2023-2024. Upon a voice vote, President Isely declared the motion carried.

I. President Isely asked the Board to appoint a designee to represent the district as the WASB delegate. The motion was made by Kevin Slater and seconded by John Leigh to have Heath Isely as the designee to represent the district as the WASB delegate for 2023-2024. Upon a voice vote, President Isely declared the motion carried.

VIII. **Faculty and Administrative Reports**

Kurt Easterday was present to invite the board to a Zoom Workshop on Public School Funding. He provided a flier with details.

Mike Beranek and Travis Erickson reviewed administrative reports and upcoming events with the Board.

X. (Moved from Later in the meeting agenda per board vote) President Isely asked if there was any public comment. Community member(s):

Jordan Cernek expressed concern with his non-renewal status.
Steve Fischer spoke on behalf of Jordan Cernek. He provided input on the decision to non-renew Mr. Cernek.
Scott Cernek spoke on behalf of Jordan Cernek. He provided input on the decision to non-renew Mr. Cernek.

IX. **Action Items**

A. President Isely asked the Board for a motion to approve the financial reports as presented. The motion was made by Jon Stoeger and seconded by Kevin Slater. Upon a voice vote, President Isely declared the motion carried.

B. President Isely asked the Board for a motion to approve the minutes of the Board Meeting, Regular and Closed on April 12, 2023. The motion was made by John Leigh and seconded by Heath Isely. Upon a voice vote, President Isely declared the motion carried.

**C.** President Isely asked the Board for a motion to approve the minutes of the Special Board Meeting on April 25, 2023. The motion was made by Kevin Slater and seconded by Jon Stoeger. Upon a voice vote, President Isely declared the motion carried.

**D.** President Isely asked the Board for a motion to approve a Final Nonrenewal Resolution and Issuance of a Final Notice of Nonrenewal for Jordan Cernek. The motion was made by Michelle Godfrey and seconded by John Leigh. Upon a voice vote, President Isely declared the motion carried.

**E.** President Isely asked the Board for a Resolution Authorizing Contract Renewals and Issuance of Teacher Letters of Intent for 2023-2024. The motion was made by Michelle Godfrey and seconded by Nicole Meinert. Upon roll call vote, the following members voted aye: Michelle Godfrey, Nicole Meinert, John Leigh, Jon Stoeger, Derek Zimmerman, and Heath Isely    Members voting no:  None    Members Abstaining: Kevin Slater    Members absent: None    Motion carried.

**F.** President Isely asked the Board for a motion to approve 2023-2024 Teacher Letters of Intent. The motion was made by Nicole Meinert and seconded by Heath Isely. Upon roll call vote, the following members voted aye: Michelle Godfrey, Nicole Meinert, John Leigh, Jon Stoeger, Derek Zimmerman, and Heath Isely   Members voting no:  None   Members Abstaining: Kevin Slater   Members absent: None   Motion carried.

**G.** President Isely asked the Board for a motion to approve Support Staff Letters of Assignment (Schedule D) for 2023-2024. The motion was made by Michelle Godfrey and seconded by Jon Stoeger. Upon roll call vote, the following members voted aye: Michelle Godfrey, Nicole Meinert, Kevin Slater, Jon Stoeger, Derek Zimmerman, and Heath Isely   Members voting no: None   Members Abstaining: John Leigh   Members absent: None   Motion carried.

**H.** President Isely asked the Board for a motion to approve 2023 Summer School Contracts (Schedule E). The motion was made by Nicole Meinert and seconded by John Leigh. Upon a voice vote, President Isely declared the motion carried.

**I.** President Isely asked the Board for a motion to approve an Amendment to the Handbook Language with regards to Employee Leave days. The motion was made by Kevin Slater and seconded by Jon Stoeger. Upon a voice vote, President Isely declared the motion carried.

**J.** President Isely asked the Board for a motion to approve the Student Assurance Contract for 2023-2024. The motion was made by Michelle Godfrey and seconded by John Leigh. Upon a voice vote, President Isely declared the motion carried.

**K.** President Isely asked the Board for a motion to approve the 2023-2024 Open Enrollment Applications.  The motion was made by Jon Stoeger and seconded by John Leigh. Upon a voice vote, President Isely declared the motion carried.

**L.** President Isely asked the Board for a motion to approve a Busing contract with Lamers Bus Lines for 2023-2024, 2024-2025, 2025-2026.  The motion was made by Derek Zimmerman and seconded by Nicole Meinert. Upon a voice vote, President Isely declared the motion carried.

**M.** President Isely asked the Board for a motion to approve the second reading of Board Policies 0100-8802.  The motion was made by John Leigh and seconded by Michelle Godfrey.  Upon a voice vote, President Isely declared the motion carried.

**N.** President Isely asked the Board for a motion to approve adding Trap Club Advisor to the Extra Duty Pay scale for Spring 2023 with pay of $1,000.  The motion was made by Kevin Slater and seconded by Derek Zimmerman.  Upon a voice vote, President Isely declared the motion carried.

**O.** President Isely asked the Board for a motion to approve a two-year Softball Co-op with Blackhawk beginning in the Spring of 2024.  The motion was made by John Leigh and seconded by Michelle Godfrey. Upon a voice vote, President Isely declared the motion carried.

President Isely asked the Board for a motion to approve a two-year Baseball Co-op with Blackhawk beginning in the Spring of 2024.  The motion was made by Michelle Godfrey and seconded by Nicole Meinert Upon a voice vote, President Isely declared the motion carried.

**P.** President Isely asked the Board for a motion to approve the Resignation of Thomas Kremer from his teaching position.  The motion was made by Kevin Slater and seconded by Nicole Meinert.  Upon a voice vote, President Isely declared the motion carried.

**Q.** President Isely asked the Board to approve with thanks, the following donations:
  1. $150 cash donation from H&R Block to Early Childhood Program
  2. $3,000 cash donation from the Argyle FFA Alumni to the Argyle Trap Shoot Club

The motion was made by John Leigh and seconded by Jon Stoeger. Upon a voice vote, President Isely declared the motion carried.

**R.** President Isely asked the Board for a motion to approve Jen Wellnitz as the Head Girls' Basketball Coach for the 2023-2024 season. The motion was made by John Leigh and seconded by Nicole Meinert. Upon a voice vote, President Isely declared the motion carried.

**XI.** President Isely asked if there was any public comment. Community member(s):

Jordan Cernek expressed concern with his non-renewal status.
Steve Fischer spoke on behalf of Jordan Cernek. He provided input on the decision to non-renew Mr. Cernek.
Scott Cernek spoke on behalf of Jordan Cernek. He provided input on the decision to non-renew Mr. Cernek.

**XII.** President Isely asked the Board to move to closed session in accordance with Wisconsin State Statute 19.85 (1) (c) for the purpose of discussing Employee Compensation and or Employment of any public employee over which the governmental body has jurisdiction or exercises responsibility. The motion was made by Jon Stoeger and seconded by Kevin Slater to go into closed session. Upon roll call vote, the following members voted aye: Michelle Godfrey, Nicole Meinert, John Leigh, Jon Stoeger, Derek Zimmerman, Kevin Slater, and Heath Isely    Members voting no: None   Members absent: None    Motion carried.

**XIII.** President Isely reconvened the Regular School Board Meeting of May 10, 2023 following closed session. The motion was made by Nicole Meinert and seconded by Jon Stoeger to come out of closed session. Upon roll call vote, the following members voted aye: Michelle Godfrey, Nicole Meinert, John Leigh, Jon Stoeger, Derek Zimmerman, Kevin Slater, and Heath Isely    Members voting no: None    Members absent: None    Motion carried.

Action:

  **A.** President Isely asked the Board for a motion to approve a Contract for Randall Refsland as District Administrator. The motion was made by Kevin Slater and seconded by Michelle Godfrey Upon a voice vote, President Isely declared the motion carried.

  **B.** President Isely asked the Board for a motion to approve a Letter of Assignment for Stephanie Paulson as an Administrative Assistant for 2023-2024. The motion was made by Nicole Meinert and seconded by John Leigh. Upon a voice vote, President Isely declared the motion carried.

**XIII.** As there was no other business, the motion was made by John Leigh and seconded by Jon Stoeger to adjourn at 8:00 p.m. Upon a voice vote, President Isely declared the motion carried.

*Clerk – John Leigh*

*Minutes of Regular School Board Meeting May 10, 2023*