## NOTICE OF NONRENEWAL OF CONTRACT

TO:   Mr. Jordan Cernek

    You are hereby notified that the School Board of the School District of Argyle, by a majority vote of the full membership of the Board, at a legally held meeting, has determined to nonrenew your teaching contract for the 2023-2024 school year. This nonrenewal is effective as of the end of your current contract. The School Board accepted the evaluation of your performance by the administration in reaching this determination.

    This notice is made and give by order and direction of the School Board of the School District of Argyle.

    Dated this __10th__ day of May 2023.

                                          SCHOOL BOARD OF THE SCHOOL DISTRICT
                                          OF ARGYLE

                                          BY: _____
                                                 School District Clerk

