UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JORDAN CERNEK,

    Plaintiff,

v.                             Case No. 24-cv-447

ARGYLE SCHOOL DISTRICT,

    Defendant.

**JOINT STIPULATION TO VOLUNTARILY DISMISS THIS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

Plaintiff Jordan Cernek, by his undersigned attorneys at the Wisconsin Institute for Law & Liberty, Inc., and Defendant Argyle School District, by its undersigned attorneys at Axley Brynelson, LLP, hereby stipulate to the voluntary dismissal of this action, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a).

Therefore, the parties respectfully request that this Court enter an Order dismissing this action with prejudice.

Dated: February 3, 2025.

Respectfully Submitted,

                                      WISCONSIN INSTITUTE
                                      FOR LAW & LIBERTY, INC.

                                      *Electronically signed by*
                                      *Nathalie E. Burmeister*
                                      Richard M. Esenberg (#1005622)
                                      Luke N. Berg (#1095644)
                                      Nathalie E. Burmeister (#1126820)
                                      Lauren L. Greuel (#1127844)

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414) 727-6385

rick@will-law.org
luke@will-law.org
nathalie@will-law.org
lauren@will-law.org

*Attorneys for Plaintiff*


AXLEY BRYNELSON, LLP

*Electronically signed by*
*Danielle Baudhuin Tierney*
Danielle Baudhuin Tierney (#1096371)
Lori M. Lubinsky (#1027575)

P.O. Box 1767
Madison, WI 53701-1767
Phone: (608) 257-5661
Fax: (608) 257-5444

dtierney@axley.com
llubinsky@axley.com

*Attorneys for Defendant*

- 2 -